ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 29 2005
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| JOSEPH L. McNARY ) | |
| ) | |
| v.  ) | 3:05-CV-996-N |
| ) | |
| DOUGLAS DRETKE, Director, ) | |
| Texas Department of Criminal Justice ) | |
| Correctional Institutions Division ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 29 day of July, 2005.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE